OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 20 2015

$ 000.27⁵

11/17/2015
**WILLIAMS, RODNEY KEVIN** Tr. Ct. No. 1255821-A          WR-82,421-04
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY

RODNEY KEVIN WILLIAMS
HARRIS COUNTY SHERIFF'S OFFICE
SPN: 02212867
~~1201 NORTH SAN JACINTO~~
~~HOUSTON, TX 77002~~